# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL NO. 3:19-MC-015-RJC-DCK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| APPROXIMATELY $33,000.00 IN U.S. | ) | |
| CURRENCY SEIZED FROM OWEN | ) | |
| CONKLIN AND JACK MURPHY ON | ) | |
| OR ABOUT SEPTEMBER 3, 2018 | ) | |

**THIS MATTER IS BEFORE THE COURT** on the United States of America's "Unopposed Motion For Extension Of Time To File Forfeiture Complaint" (Document No. 1) filed January 28, 2019. Having carefully considered the motion and the record, and noting Claimants' counsel does not oppose the motion, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the United States of America's "Unopposed Motion For Extension Of Time To File Forfeiture Complaint" (Document No. 1) is **GRANTED**. The United States of America shall have up to and including **February 27, 2019** to file its Complaint for Forfeiture in Rem.

**SO ORDERED**.

Signed: February 1, 2019

David C. Keesler
United States Magistrate Judge